**Amy R. HAMER, Appellant,**

**v.**

**STATE of Missouri, Respondent.**

**WD 79690**

Missouri Court of Appeals, Western District.

ORDER FILED: August 15, 2017

Ellen H. Flottman, District Defender, Columbia, MO, Attorney for Appellant.

Joshua D. Hawley, Attorney General, and Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

Before Division IV: Mark D. Pfeiffer, Chief Judge, and Victor C. Howard and James Edward Welsh, Judges

### Order

Per Curiam:

Ms. Amy Hamer appeals the judgment of the Circuit Court of Platte County denying her Rule 29.15 motion for post-conviction relief following an evidentiary hearing. Ms. Hamer's motion argued that her trial counsel was ineffective for failing to advise her that if she did not accept a plea agreement offered by the State, the State would file an amended information charging her as a prior and persistent offender, thereby exposing her to an increased maximum prison sentence of fifteen years. Because a published opinion would have no precedential value, a memorandum of law has

been provided to the parties. The judgment is affirmed. Rule 84.16(b).